Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, etc., Appellant, and Others, Defendants. (Action No. 1.) — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

HENRY DAVIDSON, Respondent, v. STEPHEN BULKLEY, etc., Appellant, and Others, Defendants. (Action No. 2.) — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

CHARLES S. FAULKNER, Respondent, v. HELEN L. RUDELL, etc., Appellant. — Motion denied, without costs. Present — Jenks, P. J., Rich, Putnam, Blackmar and Jaycox, JJ.

MARY H. FINNERTY, Respondent, v. HOTEL SHELBURNE, INC., Appellant. — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

DAVID F. FINNERTY, Respondent, v. HOTEL SHELBURNE, INC., Appellant. — Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

JAMES E. HARRITY, Appellant, v. HENRY STEERS and JAMES RICH STEERS, Respondents.— Motion for reargument denied, without costs, and stay vacated. The court did not intend to construe the contract in any respect, and did not do so. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

MARY L. D. HOWE, Appellant, v. GEORGE HOWE, Respondent.— Motion for stay denied, and stay vacated. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of WILLIAM FRANCIS KELLY for Admission to the Bar. (From the State of New Jersey.)— Application granted. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of Summary Proceedings of FREDERICK SCHAFBUCH, Respondent, v. MARGARET WALE, Appellant.— Motion to dismiss appeal denied, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.

In the Matter of Summary Proceedings of FREDERICK SCHAFBUCH, Respondent, v. MARGARET WALE, Appellant.— Motion for stay granted, without costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.